

IN THE
TENTH COURT OF APPEALS

———————————

No. 10-24-00134-CR

JEREMY MANGUM,

                                                                    Appellant

 v.

THE STATE OF TEXAS,

                                                                    Appellee

———————————

From the County Court at Law No 2
Brazos County, Texas
Trial Court No. 22-00444-CRM-CCL2

## MEMORANDUM OPINION

Jeremy Mangum appeals from the trial court's revocation of his community supervision; however, the trial court's certification of his right of appeal, which Mangum and his counsel signed, indicates that this is a plea-bargain case and that Mangum has no right of appeal and that Mangum has waived his right of appeal. Accordingly, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Chavez v. State*, 183 S.W.3d 675,

680 (Tex. Crim. App. 2006) (plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

Notwithstanding that we are dismissing this appeal, Mangum may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Mangum desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See id.* R. 68.2(a).

For the reasons stated, this appeal is dismissed.


MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
(Chief Justice Gray dissents.)
Appeal dismissed
Opinion delivered and filed May 23, 2024
Do not publish
[CR25]

